# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARRYL E. GHOLSON, AN INDIVIDUAL, A/K/A DARRYL E. SAYLES,
Appellant,
vs.
CRICKET WIRELESS CORPORATION,
Respondent.

No. 69248

**FILED**

FEB 02 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On December 15, 2015, this court entered an order denying without prejudice appellant's application to proceed in forma pauperis. The order instructed appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

16-03496

cc:  Hon. Kerry Louise Earley, District Judge
     Darryl E. Gholson
     Snell & Wilmer LLP/Salt Lake City
     Snell & Wilmer, LLP/Las Vegas
     Eighth District Court Clerk